UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SOUTHWEST AIRLINES CO.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:19-CV-2218-C** |
| | § | |
| **LIBERTY INSURANCE** | § | |
| **UNDERWRITERS, INC.,** | § | |
| *Defendant.* | § | |
| | § | |

### ORDER GRANTING DEFENDANT LIBERTY INSURANCE UNDERWRITERS, INC.'S OPPOSED MOTION TO STRIKE PLAINTIFF'S TESTIFYING EXPERTS

ON THIS DAY, the Court considered Defendant Liberty Insurance Underwriters, Inc.'s Opposed Motion to Strike Plaintiff's Testifying Experts. After reviewing the pleadings, motions, responses, replies, and arguments of counsel, the Court is of the opinion that the motion is well taken and should be granted. It is therefore,

**ORDERED, ADJUDED AND DECREED**, that Defendant's Opposed Motion to Strike Plaintiff's Testifying Experts is **GRANTED** as to:

**Kevin Grudzien**     _____

**Daniel Bradley**     _____

**Joseph Chairez**     _____

**Andrew Ryan**        _____

**Greg Thaler**        _____

SIGNED this _____ day of _____, 2022

_____
HONORABLE JUDGE PRESIDING