# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO, | § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 3:19-CV-02218-E |
| LIBERTY INSURANCE UNDERWRITERS INC, | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court are Plaintiff Southwest Airlines Co.'s Motions to Strike Opinions of Expert Shannon Rusnak and Strike Opinions of Expert Steven Plitt, and Motion for Partial Summary Judgment. (ECF Nos. 108; 109; 110). Additionally before the Court is Defendant Liberty Insurance Underwriters Inc.'s Motion for Leave to File Partial Motion for Summary Judgment as to Plaintiff's Extra-Contractual Claims for Bad Faith and Motion to Strike Plaintiff's Testifying Experts. (ECF No. 113).

In light of the above, the Court enters the following orders:

1. The Court hereby **STAYS** all proceeding in this case until it has ruled on the pending motions.

2. The Court **GRANTS** Liberty Insurance Underwriters Inc.'s Motion for Leave. (ECF No. 113).

3. **IT IS ORDERED THAT** the parties are permitted to complete briefing on all motions currently pending or filed as a result of this order.

4. Notwithstanding the above, **IT IS ORDERED THAT** the Parties may make further filings into this case only with express leave of court.

5. Furthermore- weighing the competing interest of the Parties and the Court—the Court concludes in its discretion that this action should be administratively closed during the pendency of the stay. Thus, the Court **ADMINISTRATIVELY CLOSES** this case during the pendency of the stay—pending ruling(s) on the pending motions. The Court reserves reopening the case to set a hearing for oral argument, as necessary.

**This is not a final order.** The Clerk of Court is **DIRECTED** to **STAY** this action (3:19-cv-2218-E). The Clerk shall stay—but not terminate—all pending motions not otherwise granted in this order. (ECF Nos. 108; 109; 110).

**SO ORDERED.**

21st day of January, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE