IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Southwest Airlines Co., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Civil Action No. 3:19-CV-2218-E |
| Liberty Insurance Underwriters Inc., | § § § | |
| *Defendants*. | § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 2, 2025—(ECF No. 140). Defendant Liberty Insurance Underwriters Inc. filed objections. (ECF No. 142). The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, plaintiff's motion for summary judgment is **GRANTED** insofar as the Court concludes that the term "but for" as used in the insurance policy

means "except for" (ECF. No. 110) and **DENIED** in all other parts. Defendant's Motion for Partial Summary Judgment (ECF Nos. 113, 114-2) is **DENIED.**

    **SO ORDERED.**

27th day of January, 2026.

                                          ADA BROWN
                                          UNITED STATES DISTRICT JUDGE